CASE NO.: __10-19894-LMI__

☒ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Fernando Montes                CO-DEBTOR: Xiomara Frometa
Last Four Digits of SS#  xxx-xx-5243   Last Four Digits of SS#  xxx-xx-5245

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __222.22__ for months __1__ to __36__ ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:      Attorney's Fee    $ 4250.00         TOTAL PAID $ 2500.00 .
                     Balance Due       $ 1750.00         payable $ 145.84         month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                  Arrearage on Petition Date $ _____
Address _____                  Arrears Payment  $_____/month (Months____ to ___)
        _____                  Arrears Payment  $_____/month (Months____ to ___)
        _____                  Regular Payment  $_____/month (Months____ to ___)
        _____

2. _____                 Arrears Payment  $_____/month (Months____ to ___)
   _____                 Arrears Payment  $_____/month (Months____ to ___)
   _____                 Regular Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. 68218002809499<br>Prop: 3187 W 69th Pl<br>Hialeah, FL 33018 | Homestead Property<br>$150,551.00 | 0% | n/a | n/a | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__ _____    Total Due $ _____
                                   Payable $_____/month (Months _____ to ___)
                                   Payable $_____/month (Months _____ to ___)

Unsecured Creditors: Pay $ __54.17__ month (Months __1__ to __12__ ) Pay $200.00/mo (Mos 13 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Saxon Mortgage directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_                        Joint Debtor _[signature]_
Date: 05-18-10                              Date: 05-18-10

LF-31 (rev. 06/02/08)