UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Fernando Montes               Case No. 10-19894-LMI
       and
    Xiomara Frometa

        Debtors.                  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 15, 2010 the instant case was filed.

2. On July 20, 2010 Debtors' First Amended Chapter 13 plan was confirmed.

3. Debtors' confirmed plan has litigation language for a pending lawsuit which recovery from was allowed to distribute funds to unsecured creditors.

4. Debtors will receive or have already received a sum of money over and above the total unsecured claims timely filed.

5. Debtors wish to modify their plan in order to provide 100 percent payment to all allowed unsecured general claims.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161