**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **10-19894-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ ___1st___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Fernando Montes                    CO-DEBTOR: Xiomara Frometa
Last Four Digits of SS# xxx-xx-5243         Last Four Digits of SS# xxx-xx-5245

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.  $ __236.27__ for months __1__ to __35__ ;
B.  $ __43,156.73__ for months __36__ to __36__ ;
C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                 TOTAL PAID      $2,500.00
                 Balance Due     $ 1,750.00 payable $ 50.00 month (Months __1__ to __35__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                              Arrearage on Petition Date $ _____
Address _____              Arrears Payment $_____/month (Months____ to ___)
                                        Arrears Payment $_____/month (Months____ to ___)
                                        Regular Payment $_____/month (Months____ to ___)

2. _____                   Arrears Payment $_____
                                        Arrears Payment $_____/month (Months____ to ___)
                                        Regular Payment $_____/month (Months____ to ___)
                                        Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. 68218002209499<br>Prop Add: 3187 W 69th Pl<br>Miami, FL 33018 | $150,551.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                              Total Due $_____
                                        Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 162.64 month (Months __1__ to __35__). Pay $38,841.06 (Months 36 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Saxon Mortgage directly outside the plan. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from their pending lawsuit, which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                /s/ Robert Sanchez, Esq.
Attorney for debtor                     Attorney for co-debtor
Date: 04/24/2015                        Date: 04/24/2015